No. 77–5728.   JONES v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.   MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–5735.   PICKENS, AKA COAKLEY v. ARKANSAS.   Sup. Ct. Ark.   Certiorari denied. ▮▮▮▮▮▮

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.